EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

THOMAS J. BRADY   #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 15 2005

at 3 o'clock and __ min. P M.
WALTER A.Y.H. CHINN, CLERK

LODGED

APR 15 2005

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>           Plaintiff,           )<br>                                )<br>      vs.                       )<br>                                )<br> KYONG CHA JOHNSON,   (02)      )<br>                                )<br>           Defendant.           )<br>                                )<br>                                )<br>_____) | CR. NO.   02-00030-02 SOM<br><br>ORDER FOR DISMISSAL OF COUNTS<br>3, 4 AND 5 OF THE INDICTMENT<br>AS TO DEFENDANT KYONG CHA<br>JOHNSON |

ORDER FOR DISMISSAL OF COUNTS 3, 4 AND 5
OF THE INDICTMENT AS TO DEFENDANT KYONG CHA JOHNSON

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Hawaii hereby requests that this Court dismiss Counts 3, 4 and 5 of the indictment as to Defendant Kyong Cha Johnson in the interest of justice and on the ground(s) that the aforementioned criminal matter has been

disposed of by way of jury trial and convictions as to Counts 1, 2, 6, and 8 of the Indictment.

Counts 3, 4 and 5 of the Indictment in the above-entitled matter are hereby dismissed.

DATED: April 15, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Thomas J. Brady
THOMAS J. BRADY
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

SUSAN OKI MOLLWAY
_____
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

United States v. Kyong Cha Johnson et al.
Cr. No. 02-00030-02 SOM
"Order for Dismissal of Counts 3, 4 and 5 of the Indictment as to Defendant Kyong Cha Johnson"

copies:   William A. Harrison

2