ok by probation (ag)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 21 2003

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

| UNITED STATES OF AMERICA, | ) | CR 02-00030 SOM |
| --- | --- | --- |
| Plaintiff(s), | ) | |
| vs. | ) | |
| KYONG CHA JOHNSON, | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 4 2006

at 10 o'clock and 40 min A M
SUE BEITIA, CLERK

NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Susan Oki Mollway United States District Judge in the above-entitled case, Passport Number 120602821 issued at HONOLULU, HI, on AUGUST 19, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on October 21, 2003 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:  MARCH 15, 1945

Place of Birth:  KOREA

Dated at Honolulu, Hawaii on October 21, 2003.

WALTER A.Y.H. CHINN, Clerk

By: _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date:  04·04·06          Signature: X _____
                                        Owner of Passport