Kyong Cha Johnson<br>
1610 Kanunu Street, #1603<br>
Honolulu, Hawai'i 96814

January 4, 2008

Honorable Susan O. Mollway
United States District Judge
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

Re: United States v. Kyong Cha Johnson Cr. No.: 02-00030 SOM

Dear Judge Mollway:

Thank you for taking the time to review my letter to you.

I was charged with committing the crime of conspiracy and money laundering on January 22, 2002. I was allowed bail on the condition that I followed the court's orders. I did as instructed. On April 11, 2005 I was sentenced by you to five years of probation with a fine and assessments totaling $10,400.00. You explained to me that you did not expect me to get into any further trouble. I have not. I have also paid all of my fines and assessments. I am very sorry for all the problems that I have caused.

At this time I am respectfully asking you to allow me to end my probation sentence early. I have followed the law since I was arrested which is nearly 6 years ago. I had been on pretrial release for over three years. I have been on probation for almost 3 years. I have completed everything you have asked. I am 62 years old and would like to possibly retire and travel or possibly relocate.

Your honor I thank you again for considering my request.

*[signature]*
Kyong Cha Johnson

Cc: Mr. Thomas Brady AUSA

JAN 0 7 2008



**HARRISON & MATSUOKA**
*Attorneys at Law*
Davies Pacific Center • 841 Bishop Street, Suite 800
Honolulu, Hawaii 96813

HAND DELIVER

The Honorable Susan Oki Mollway
United States District Judge
US District Court
300 Ala Moana Blvd, Rm C-409
Honolulu, Hawaii 96850

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 07 2008
DISTRICT OF HAWAII