

## CHAMBERS OF JUDGE SUSAN OKI MOLLWAY
United States District Court
300 Ala Moana Boulevard, Room C409, Honolulu, Hawaii 96850-0409
Telephone No. (808) 541-1720   Facsimile No. (808) 541-1724

DATE:           January 7, 2008

TO:             Thomas Brady                             **FAX: 2958**
                Ellie Asasaki/U.S. Probation Office      **FAX: 1345**

FROM:           Joni Gross, secretary to Judge Susan Oki Mollway

PAGES:          ____3____ including this page

RE:             **USA v. Pawn, Johnson, et al.; Cr. 02-00030 SOM**

SENDING:        Letters from John Pawn and Kyong Cha Johnson dated January 4, 2008

COMMENTS:       Please let Judge Mollway know your thoughts regarding the attached letters.  Thank you.

c: William Harrison  **FAX: 538-7579**     Ph.: 523-7041

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.  THANK YOU.

MULTI COMMUNICATION REPORT             JAN-07-2008 04:11 PM MON


                                       FAX NUMBER   :  808 541 1724
                                       NAME         :  US DISTRICT COURT


                                       REF. NAME    :
                                       PAGES        :  3


1. SUCCESSFUL

                    FAX NUMBER                              NAME
      ------------------------------------------------     ------------------------

       2958
       1345
       95387579


2. UNSUCCESSFUL

                    FAX NUMBER                              NAME
      ------------------------------------------------     ------------------------



3. MULTI COMMUNICATION JOURNAL

| NO. | NAME/NUMBER | START TIME | TIME | MODE | PAGE | RESULTS |
|-----|-------------|------------|------|------|------|---------|
| 1087 | 2958 | 01-07 04:09PM | 00'24" | ECM BC | 003/003 | [ O.K ] |
| 1087 | 1345 | 01-07 04:10PM | 00'22" | ECM BC | 003/003 | [ O.K ] |
| 1087 | 95387579 | 01-07 04:11PM | 00'22" | ECM BC | 003/003 | [ O.K ] |