

CORRESPONDENCE

## U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*      (808) 541-2850
*300 Ala Moana Blvd., Room 6-100*   FAX (808) 541-2958
*Honolulu, Hawaii 96850*

January 16, 2008

Honorable Susan Oki Mollway
United States District Court Judge
Fourth Floor, U.S. Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

      Re:  United States vs. Kyong Cha Johnson
           Cr. No. 02-00030 SOM

Dear Judge Mollway:

     Pursuant to the Court's request of Monday, January 14, 2008, I am informing the Court of the Government's position regarding Defendant Kyong Cha Johnson's request for early termination of her supervised release status. I appreciate your concern in this matter.

     On Tuesday, January 15, 2008, and Wednesday, January 16, 2008, I exchanged information over the telephone with U.S. Probation Officer Alysa Makahanaloa. Ms. Makahanaloa indicated that Defendant Kyong Cha Johnson was in full compliance with the terms and conditions of her supervised release and is an acceptable candidate for early termination of her supervised release status. With that in mind, the U.S. Attorney's Office does not oppose such a request.

     Again, I appreciate your assistance in this matter. If you have any further questions or concerns, please contact me as soon as possible.

                                Respectfully submitted,

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii

                                By   THOMAS J. BRADY
                                Assistant U.S. Attorney