Prob 35
(1/92)

**ORIGINAL**

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**United States District Court**
FOR THE
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 29 2008

at 4 o'clock and 15 min P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

KYONG CHA JOHNSON

Criminal No. CR 02-00030SOM-02

On 4/11/2005, the above named was placed on probation for a period of 5 years. She has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that she be discharged from probation at this time, having served 33 months of supervision.

Respectfully submitted,

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 22nd day of January, 2008.

SUSAN OKI MOLLWAY
U.S. District Judge